# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA LYNN NIZZOLI, | Case No.: 1:17-cv-0502 - JLT |
| Plaintiff, | ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED DECEMBER 26, 2017 |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 13) |
| Defendant. | |

On December 14, 2017, the Court issued an order to Plaintiff to show cause why the action should not be dismissed for failure to comply with the Court's order to file an opening brief in this action. (Doc. 13) In response, Plaintiff filed her opening brief in the action on December 26, 2017. (Doc. 14) Accordingly, the order to show cause (Doc. 13) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **December 27, 2017**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE